UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY WILLIAMS, JR.,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>KAMALA D. HARRIS,<br><br>　　　　　　Respondent. | Case No. EDCV 15-1403-GW(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation").  The Court approves and accepts the Report and Recommendation.

　　　IT IS HEREBY ORDERED that the Petition is denied as time-barred, that this action is dismissed with prejudice, and that Judgment be entered accordingly.

///
///
///
///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on petitioner and any
3 counsel for respondent.
4       IT IS SO ORDERED.

6       DATED: June 3, 2016

8       _____
9       HONORABLE GEORGE H. WU
       UNITED STATES DISTRICT JUDGE