UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY WILLIAMS, JR., <br><br> Petitioner, <br><br> v. <br><br> KAMALA D. HARRIS, <br><br> Respondent. | Case No. EDCV 15-1403-GW(JC) <br><br> JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied as time-barred and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: June 3, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE